```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-6-20

UNITED STATES OF AMERICA

    - against -

BERNIE ALMONTE,

        Defendant.

19-cr-348 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for another conference on **February 10, 2020** at **10:30 A.M.**

Because a continuance is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition prior to trial, the Court prospectively excludes the time from today, **January 4, 2020,** until **February 10, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
           January 4, 2020

                                              John G. Koeltl
                                        **United States District Judge**