# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 23, 2020

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
New York, New York 10007

> Application granted.
> So ordered.
>
> New York, NY          /s/ John G. Koeltl
> March 23, 2020        John G. Koeltl
>                       U.S.D.J.

Re: **United States v. Bernie Almonte**
    **19 Cr. 348 (JGK)**

Dear Judge Koeltl,

I write with the consent of Pretrial Services and the government to request that the Court modify Bernie Almonte's bail to remove the condition of electronic monitoring. Mr. Almonte was first arrested and presented in April 2019. Since that time, he has been released on bail with conditions including, *inter alia*, a $50,000 bond, Pretrial Supervision, surrender of travel documents, and a curfew enforced by electronic monitoring. Mr. Almonte has been working full-time and it is my understanding that he has been fully compliant with the conditions of his release. In February 2020, he pled guilty to a drug offense and is currently scheduled to be sentenced in June.

Today the Pretrial Services Office reached out to the parties to ask if we would consent to modifying Mr. Almonte's bail to remove the condition of electronic/ location monitoring. Mr. Almonte has performed well on bail and we understand that Pretrial Services is dealing with a significant increase of the number of defendants subject to electronic monitoring and would like to direct electronic monitoring resources to where they are most needed. I understand that both Pretrial Services and AUSA Matthew Hellman consent to this proposed modification of Mr. Almonte's bail. Thank you for consideration of this request.

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender
Tel.: (212) 417-8772

cc:   AUSA Matthew Hellman (by ECF)
      Pretrial Services Officer Marlon Ovalles (by email)