**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 8, 2020

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The sentencing is adjourned to July 30, 2020 at 11 AM.
> SO ORDERED.
>
> New York, NY          /s/ John G. Koeltl
> June 9, 2020          John G. Koeltl
>                       U.S.D.J.

Re: **United States v. Bernie Almonte**
    **19 Cr. 348 (JGK)**

Dear Judge Koeltl,

     I write to request a 30-day adjournment of sentencing in this matter. Sentencing is currently scheduled for June 26, 2020. This is the defense's first request to adjourn sentencing. I am requesting this adjournment to have additional time to prepare our submission and in the hope that court operations may permit the parties to have an in-person sentencing by that date. I have conferred with AUSA Matthew Hellman and I understand that the government does not object to this adjournment request. Thank you for consideration of this request.

                            Respectfully submitted,

                            /s/ Sarah Baumgartel
                            Sarah Baumgartel, Esq.
                            Assistant Federal Defender
                            Tel.: (212) 417-8772

cc:   AUSA Matthew Hellman (by ECF)