**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 26, 2020

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The sentencing is adjourned to
> September 28, 2020 at 10:30 AM.
> SO ORDERED.
>
> /s/ John G. Koeltl
> New York, NY          John G. Koeltl
> July 3, 2020          U.S.D.J.

Re:  United States v. Bernie Almonte
     19 Cr. 348

Dear Judge Koeltl:

I am recently assigned within the Federal Defenders to represent Bernie Almonte at his sentencing because his former attorney, Sarah Baumgartel, Esq., is on medical/parental leave. Without objection from the government, I write to respectfully request that the Court adjourn Mr. Almonte's sentencing until a date in September. The adjournment is necessary to permit me to familiarize myself with his case and prepare for the proceeding.

Thank you for your consideration of this request.

Respectfully submitted,
/s/
Annalisa Mirón, Esq.
Federal Defenders of New York
646-745-4899

cc:  AUSA Matthew Hellman