# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/18/2020_

November 18, 2020

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Bernie Almonte
    19 Cr. 348 (JGK)

Dear Judge Koeltl:

*[Handwritten notes:]*
DEFENSE SUBMISSIONS:
    APRIL 9, 2021
GOV'T SUBMISSIONS:
    APRIL 15, 2021
SENTENCING ADJOURNED TO FRIDAY,
APRIL 23, 2021, AT 2:30 PM.
11/18/20. SO ORDERED. /s/ John G. Koeltl

Bernie Almonte is scheduled to proceed to sentencing on December 11, 2020. Without objection from the government, I write to respectfully request that the Court adjourn his sentencing until a date in the spring.

Mr. Almonte would like to proceed to sentencing in-person, and, he plans to ask several family members and friends to accompany him, just as they did at his guilty plea before the pandemic. However, he and his family have significant health problems. In particular, his mother, who is at an advanced age, suffered a stroke that causes lingering issues. Traveling and appearing in the courthouse for Mr. Almonte's sentencing would potentially expose her to risk of serious illness should she contract Covid-19. As the Court is aware, the Covid-19 positivity rates are currently increasing in the district.

Accordingly, we respectfully request that the Court adjourn the sentencing until the spring, so that his family and friends do not have to choose between exposing themselves to the potential for serious illness or not physically appearing on Mr. Almonte's behalf to support him.

Respectfully submitted,
/s/
Annalisa Mirón, Esq.
Federal Defenders of New York
646-745-4899

cc: AUSA Matthew Hellman