**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 6, 2021

**BY ECF**

```
The sentencing is adjourned to May 27, 2021
at 2:30 p.m. The defendant's submissions are
due May 13, 2021. The government's
submissions are due May 19, 2021. SO ORDERED.

New York, New York    /s/ John G. Koeltl
April 7, 2021         John G. Koeltl, U.S.D.J.
```

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Bernie Almonte
      19 Cr. 348 (JGK)**

Dear Judge Koeltl,

     I write to request an approximately 30-day adjournment of sentencing and the related deadlines. Sentencing is currently scheduled for April 23, 2021. I recently returned to work following an extended leave and have taken back Mr. Almonte's case. I am requesting an adjournment to have additional time to prepare our sentencing submission to the Court. I have conferred with AUSA Matthew Hellman and I understand that the government does not object to this adjournment request. Thank you for consideration of this request.

                       Respectfully submitted,

                       /s/ Sarah Baumgartel
                       Sarah Baumgartel, Esq.
                       Assistant Federal Defender
                       Tel.: (212) 417-8772

cc:   AUSA Matthew Hellman (by ECF)