# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 19, 2021

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Bernie Almonte**
        **19 Cr. 348 (JGK)**

Dear Judge Koeltl,

I write to request that the Court order the United States Pretrial Services Office in the Southern District of New York to release Bernie Almonte's passport to his family, or to a representative from my office. I understand that Pretrial Services will only release this passport pursuant to a Court order. Mr. Almonte had surrendered his passport to Pretrial Services as a condition of his pretrial release. He was sentenced in May 2021, and duly surrendered to custody to serve his sentence in September 2021. We thus respectfully request that the Court order the release of his passport.

Respectfully Submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender
Tel: (212) 417-8772
Sarah_Baumgartel@fd.org

cc: Government Counsel (by ECF)

APPLICATION GRANTED
SO ORDERED
10/19/21
John G. Koeltl, U.S.D.J.