# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 18, 2023

Honorable John G. Koeltl
United States District Judge
Southern District of New York
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl, U.S.D.J.
4/19/23

Re: **United States v. Bernie Almonte**
    **19 Cr. 348 (JGK)**

Dear Judge Koeltl,

I write with the consent of the Probation Department and the government to request that the Court permit Bernie Almonte to travel to the Dominican Republic between August and September 2023.

Following his guilty plea to a drug offense, this Court sentenced Mr. Almonte to 18 months' prison and 3 years of supervised release. Mr. Almonte completed his prison term and is currently on supervised release. Counsel is not aware of any issues on release to date.

Mr. Almonte would like to take a trip with his family to the Dominican Republic as a vacation/ family trip. He would like to travel from August 28, 2023 through September 13, 2023. Accordingly, we request that the Court approve this travel.[1] I have conferred AUSA Matthew Hellman and Probation Officer Andrew Leung, and I understand that neither objects to this travel. Thank you for consideration of this request.

Respectfully submitted,
/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender
Tel.: (212) 417-8772

cc: AUSA Matthew Hellman (by ECF)
    Probation Officer Andrew Leung (by email)

---

[1] Mr. Almonte's judgment states that he may travel outside of the judicial district of his residence with permission "from the court or the probation officer." ECF Dkt. 42. Thus, it is not clear that the Court must approve this travel if the Probation Office has already done so. However, I understand Probation advised Mr. Almonte to seek court permission.